(89 App. Div. 60.)

TREADWELL v. GREENE.

(Supreme Court, Appellate Division, First Department. December 18, 1903.)

1. INTERROGATORIES—CROSS-INTERROGATORIES—SETTLEMENT.
    While, ordinarily, the court will reserve questions on the settlement of interrogatories and cross-interrogatories until trial, where the right to cross-examine has been abused the court will on motion restrict the examination to a proper cross-examination.

¶ 1. See Depositions, vol. 16, Cent. Dig. § 67.

Appeal from Special Term, New York County.

Action by George A. Treadwell against William C. Greene. From an order denying a motion to disallow certain proposed cross-interrogatories, defendant appeals. Reversed.

See 84 N. Y. Supp. 354.

Argued before VAN BRUNT, P. J., and McLAUGHLIN, PATTERSON, O'BRIEN, and LAUGHLIN, JJ.

M. E. Harby, for appellant.

Charles M. Demond, for respondent.

PER CURIAM. While, ordinarily, the court will reserve all questions upon the settlement of interrogatories and cross-interrogatories until the trial, yet in this case the right to cross-examine is so grossly abused that the court is compelled in justice to restrict the examination to that which is properly cross-examination, and for that reason the following cross-interrogatories are disallowed:

In the third cross-interrogatory the words "all the particulars in connection with each in chronological order"; the 6th, 8th, 9th, 11th, 12th, 14th, 15th, 19th, 23d, and 27th cross-interrogatories; in the 37th cross-interrogatory the words, "and in what manner did you use or distribute such payment, and to whom did you pay it or any portion thereof"; from the 39th to the 87th cross-interrogatories, both inclusive; in the 88th cross-interrogatory the words, "and confer with him with reference to said settlement and the ratification thereof"; the 102d, 103d, 104th, 105th, 106th, 109th, 110th, 111th, and 112th cross-interrogatories; the first cross-interrogatory numbered 114; the 115th, 116th, 117th, 118th, and 132d cross-interrogatories.

The order appealed from is therefore reversed, with $10 costs and disbursements, and the interrogatories and cross-interrogatories are settled as herein indicated.